IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GALLOPO, and<br>BONNIE GALLOPA, | : | No. 4:13-CV-3067 |
| | : | |
| | : | (Judge Brann) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GIANNELLA MODERN BAKING<br>COMPANY, *t/d/b/a Giannella's<br>Modern Bakery,* and<br>LOUIS M. COLLI, JR. | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**O R D E R**

July 28, 2014

The undersigned has given full and independent consideration to the thorough April 10, 2014 report and recommendation of Magistrate Judge Thomas M. Blewitt.  ECF No. 10.

No objections have been filed.  The undersigned will adopt the report and recommendation in full and transfer the action to the United States District Court for the District of New Jersey.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss is GRANTED in part and DENIED in part.  ECF No. 3.

2. The clerk is directed to transfer the instant action to the United States District Court for the District of New Jersey.

BY THE COURT:

　s/ Matthew W. Brann　
Matthew W. Brann
United States District Judge